unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ.

ROBERT BUSBY, as Committee of GEORGE BUSBY, an Incompetent Person, Appellant, v. ERIE RAILROAD COMPANY and Others, Respondents, and FRANK C. ROBBINS, Defendant.— Order setting aside verdict, in so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ.

FRANCIS C. DALE, Appellant, v. DOROTHY FROOKS, Respondent.— Order granting judgment on the pleadings, order granting same relief after reargument, and judgment entered thereon unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

GEOFFREY J. DONOVAN and Others, Infants, by ANGELE L. DONOVAN, Their Guardian ad Litem, Respondents, v. YADWIGA DONOVAN, Appellant, Impleaded with THE COLUMBIAN NATIONAL LIFE INSURANCE COMPANY, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

GENERAL MOTORS ACCEPTANCE CORPORATION, Respondent, v. CLEMENT PAULITSKA and JOSEPH LEITL, Individually and as Copartners, Appellants.— Order of the County Court of Orange county denying motion to open default and vacate judgment reversed upon the law and the facts, with ten dollars costs and disbursements, and motion granted, without costs, to the extent of opening the default upon condition that the judgment heretofore entered stand as security; the proposed answer annexed to the moving papers to be served within ten days from the entry of the order herein. The proposed answer presents issues of fact which the defendants are entitled to litigate, since it is conceded that the default in pleading was due to excusable mistake. (*Seibert* v. *Dunn*, 216 N. Y. 237.) Lazansky, P. J., Young, Kapper, Carswell and Scudder, JJ., concur.

MORRIS GREENBERG, an Infant, by JOSEPH GREENBERG, His Guardian ad Litem, Appellant, v. HARRY POSENITZKY, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ.

JOSEPH GREENBERG, Appellant, v. HARRY POSENITZKY, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ.

FESTUS MCDONOUGH, as Administrator, etc., of MICHAEL LACEY, Deceased, Respondent, v. UNITED STATES SHIPPING BOARD EMERGENCY FLEET CORPORATION and COSMOPOLITAN SHIPPING Co., INC., Appellants.— On argument, and on consent, judgment reversed and complaint dismissed, without costs; respondent to pay disbursements. Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ., concur.

ABRAHAM I. RUHRBERG, Appellant, v. THE NASSAU ELECTRIC RAILROAD COMPANY, Respondent.— Judgment reversed upon the law and the facts, and a new trial granted, costs ·to abide the event, upon the ground that a question of fact was presented which should have been submitted to the jury. Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ., concur.

GERTRUDE SPECHT, Respondent, v. WILLIAM SPECHT, Appellant.— Order granting plaintiff's motion to punish defendant for contempt in failing to make